THE STATE OF OHIO, APPELLANT, *v.* CHIOMINTO, APPELLEE.

[Cite as *State v. Chiominto,* 121 Ohio St.3d 606, 2009-Ohio-1905.]

*Court of appeals' judgment reversed on the authority of State v. Thompson.*

(No. 2008-1630 — Submitted April 21, 2009 — Decided April 29, 2009.)

APPEAL from the Court of Appeals for Lake County,

No. 2007-L-138, 2008-Ohio-3393.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Thompson*, 121 Ohio St.3d 250, 2009-Ohio-314, 903 N.E.2d 618.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Charles E. Coulson, Lake County Prosecuting Attorney, and Karen A. Sheppert, Supervisor, Appellate Division, for appellant.

R. Paul LaPlante, Lake County Public Defender, and Vanessa R. Clapp, Supervising Attorney-Appellate Division, for appellee.

_____